# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:20-CV-00531-GCM

| | |
|---|---|
| MARSHALL SMITH, | |
| **Plaintiffs,** | |
| **v.** | **ORDER** |
| COMMVAULT SYSTEMS, INC., | |
| **Defendants.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* ("Motions") concerning Jeffrey Michael Hansen (Doc. No. 5) and Douglas Alan Albritton (Doc. No. 6).

Upon review and consideration of these Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), Mr. Hansen and Mr. Albritton are admitted to appear before this court *pro hac vice* on behalf of Defendant Commvault Systems, Inc.

**IT IS SO ORDERED.**

Signed: October 6, 2020

Graham C. Mullen
United States District Judge